The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHISONG CHEN,

Plaintiff,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,

Defendants.

Case No. 2:26-cv-01685-DGE

**ORDER GRANTING DEFENDANTS' MOTION TO REMAND (DKT. NO. 9)**

This case comes before this Court on Defendants' motion to remand. (Dkt. No. 9.) Plaintiff Zhisong Chen's naturalization interview took place on February 19, 2025. (Dkt. No. 1 at 3.) Under 8 U.S.C. § 1447(b), if United States Citizenship & Immigration Services ("USCIS") has not adjudicated a naturalization application within 120 days of the applicant's interview, then the applicant may apply to federal district court for a hearing. Defendants do not dispute that the Plaintiff's application has taken longer than 120 days from his interview. (Dkt. No. 9 at 2.) Defendants claim the delay was a result of needed review and vetting with regard to Plaintiff's "good moral character and attachment to the Constitution." (Dkt. Nos. 10 at 1; 12 at 2.)

Plaintiff opposes remand, expressing concerns that remand will likely result in further administrative delay. (Dkt. No. 11 at 7–10.) However, USCIS states it "is prepared to adjudicate

the application within 30 days of remand." (Dkt. No. 9 at 2.) Defendants also state that they "understand Chen's concerns about potentially long delays in the administrative process in the event his application is denied" and "are amenable to Chen's proposal that the Court require that, if USCIS denies Chen's application, it must hold a hearing within 30 days of his filing of a N-336 request for hearing, and must make a decision within 30 days after that hearing." (Dkt. No. 12 at 4.) The Court finds that remanding the case will result in a prompter adjudication.

It is hereby ORDERED that Defendants' motion (Dkt. No. 9) is GRANTED and that this action is remanded to USCIS. USCIS SHALL adjudicate Plaintiff's naturalization application within 30 days of this order, and if approved, SHALL schedule Plaintiff's naturalization ceremony immediately thereafter. In the event Plaintiff's naturalization application is denied, USCIS SHALL hold a hearing within 30 days after Plaintiff timely files a Form N-336 request for a hearing pursuant to 8 C.F.R. § 336.2(b), and SHALL issue a decision within 30 days after the hearing.

The case may be reinstated at any time within sixty days of this Order if USCIS fails to comply with this Court's remand order.

IT IS SO ORDERED.

Dated this 18th day of September, 2026.



David G. Estudillo
United States District Judge